UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| In re: | § | Case No. 15-01355-MM7 |
| | § | |
| U.S. ENTERTAINMENT, LLC | § | |
| | § | |
| | § | |
| Debtor(s) | § | |

**CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION REPORT
CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED
AND APPLICATION TO BE DISCHARGED (TDR)**

    Leonard J. Ackerman, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

    1)    All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

    2)    A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | | | |
|---|---|---|---|
| Assets Abandoned: *(without deducting any secured claims)* | $6,985,143.00 | Assets Exempt: | NA |
| Total Distributions to Claimants: | $0.00 | Claims Discharged Without Payment: | NA |
| Total Expenses of Administration: | $38,061.70 | | |

    3)    Total gross receipts of $38,061.70 (see **Exhibit 1**), minus funds paid to the debtor(s) and third parties of $0.00 (see **Exhibit 2**), yielded net receipts of $38,061.70 from the liquidation of the property of the estate, which was distributed as follows:

**UST Form 101-7-TDR (10/1/2010)**

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| Secured Claims (from **Exhibit 3**) | $4,855,793.00 | $0.00 | $0.00 | $0.00 |
| Priority Claims: |  |  |  |  |
| Chapter 7 Admin. Fees and Charges (from **Exhibit 4**) | NA | $127,064.18 | $127,064.18 | $38,061.70 |
| Prior Chapter Admin. Fees and Charges (from **Exhibit 5**) | NA | $0.00 | $0.00 | $0.00 |
| Priority Unsecured Claims (From **Exhibit 6**) | $111,182.24 | $111,983.36 | $0.00 | $0.00 |
| General Unsecured Claims (from **Exhibit 7**) | $234,013.84 | $1,437,082.19 | $1,437,082.19 | $0.00 |
| **Total Disbursements** | $5,200,989.08 | $1,676,129.73 | $1,564,146.37 | $38,061.70 |

4). This case was originally filed under chapter 7 on 03/02/2015. The case was pending for 22 months.

5). All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6). An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: 01/06/2017        By:   /s/ Leonard J. Ackerman
                                           Trustee

STATEMENT: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST Form 101-7-TDR (10/1/2010)**

EXHIBITS TO
FINAL ACCOUNT

### EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE | AMOUNT RECEIVED |
|---|---|---|
| Food & Alcohol | 1129-000 | $1,000.00 |
| Liquor License | 1129-000 | $35,000.00 |
| Vendor Refund | 1229-000 | $2,061.70 |
| **TOTAL GROSS RECEIPTS** | | $38,061.70 |

The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

### EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES
NONE

### EXHIBIT 3 – SECURED CLAIMS

| CLAIM NUMBER | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Sunset Leading Mgt. LSG Loan Ct. | 4110-000 | $4,855,793.00 | $0.00 | $0.00 | $0.00 |
| **TOTAL SECURED CLAIMS** | | | $4,855,793.00 | $0.00 | $0.00 | $0.00 |

### EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| Leonard J. Ackerman, Trustee | 2100-000 | NA | $4,556.17 | $4,556.17 | $858.40 |
| Leonard J. Ackerman, Trustee | 2200-000 | NA | $140.94 | $140.94 | $26.55 |
| Sunset Lending Management, LLC | 2410-000 | NA | $42,980.60 | $42,980.60 | $8,097.64 |
| Integrity Bank | 2600-000 | NA | $83.99 | $83.99 | $83.99 |
| Franchise Tax Board | 2820-000 | NA | $800.00 | $800.00 | $800.00 |
| Kirby & McGuinn, A.P.C., Attorney for Trustee | 3210-000 | NA | $54,609.00 | $54,609.00 | $10,288.45 |
| Kirby & McGuinn, A.P.C., Attorney for Trustee | 3220-000 | NA | $4,119.07 | $4,119.07 | $776.04 |
| R. Dean Johnson, Accountant for Trustee | 3410-000 | NA | $2,932.00 | $2,932.00 | $552.40 |
| R. Dean Johnson, Accountant for Trustee | 3420-000 | NA | $325.50 | $325.50 | $61.32 |

**UST Form 101-7-TDR (10/1/2010)**

| | | | | | | |
|---|---|---|---|---|---|---|
| AUCTIONEER'S COMMISSION ON AUCTION OF LIQUOR AND LIQUOR LICENSE, SEE ECF DOCUMENTS #31 AND 123. , Auctioneer for Trustee | 3610-000 | | NA | $100.00 | $100.00 | $100.00 |
| AUCTION OF LIQUOR AND LIQUOR LICENSE, SEE ECF DOCUMENTS #31 AND 123. PLEASE ALSO SEE ECF DOCUMENT #84 AUTHORIZING PAYMENT TO EDD AND TAXING AUTHORITIES TO COMPLETE SALE., Auctioneer for Trustee | 3620-000 | | NA | $16,416.91 | $16,416.91 | $16,416.91 |
| **TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES** | | | NA | $127,064.18 | $127,064.18 | $38,061.70 |

### EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES
NONE

### EXHIBIT 6 – PRIORITY UNSECURED CLAIMS

| CLAIM NUMBER | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 3 | Internal Revenue Service | 5800-000 | $0.00 | $108,648.24 | $0.00 | $0.00 |
| 4 | Employment Development Department | 5800-000 | $0.00 | $3,335.12 | $0.00 | $0.00 |
| | Board Of Equalization | 5800-000 | $2,843.00 | $0.00 | $0.00 | $0.00 |
| | Carlos Lopez | 5800-000 | $1,944.00 | $0.00 | $0.00 | $0.00 |
| | Employment Development Dept. | 5800-000 | $6,155.93 | $0.00 | $0.00 | $0.00 |
| | Internal Revenue Service | 5800-000 | $100,239.31 | $0.00 | $0.00 | $0.00 |
| **TOTAL PRIORITY UNSECURED CLAIMS** | | | $111,182.24 | $111,983.36 | $0.00 | $0.00 |

### EXHIBIT 7 – GENERAL UNSECURED CLAIMS

| CLAIM NUMBER | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|

**UST Form 101-7-TDR (10/1/2010)**

| | | | | | | |
|---|---|---|---|---|---|---|
| 1 | NuCO2 | 7100-000 | $0.00 | $849.16 | $849.16 | $0.00 |
| 2-1 | Sunset Lending Management, LLC | 7100-000 | $0.00 | $742,210.10 | $742,210.10 | $0.00 |
| 3-1 | Internal Revenue Service | 7100-000 | $0.00 | $62,244.93 | $62,244.93 | $0.00 |
| 4-1 | Employment Development Department | 7100-000 | $0.00 | $412.39 | $412.39 | $0.00 |
| 5 | American Express Bank FSB | 7100-000 | $0.00 | $113,745.54 | $113,745.54 | $0.00 |
| 6 | S.D. Farmers Outlet Inc. | 7100-000 | $0.00 | $7,762.89 | $7,762.89 | $0.00 |
| 7 | Benham Tashakorian | 7100-000 | $0.00 | $98,714.00 | $98,714.00 | $0.00 |
| 8 | Didier Pellerud | 7100-000 | $0.00 | $407,421.00 | $407,421.00 | $0.00 |
| 9 | ScreenPlay Entertainment | 7100-000 | $0.00 | $406.40 | $406.40 | $0.00 |
| 10 | Employment Development Department | 7200-000 | $0.00 | $3,315.78 | $3,315.78 | $0.00 |
| | Adrian Haskal | 7100-000 | $20,000.00 | $0.00 | $0.00 | $0.00 |
| | Affordable Grease Pumping | 7100-000 | $200.00 | $0.00 | $0.00 | $0.00 |
| | Alan Phnera | 7100-000 | $801.31 | $0.00 | $0.00 | $0.00 |
| | Alsco | 7100-000 | $937.40 | $0.00 | $0.00 | $0.00 |
| | American Air | 7100-000 | $150.00 | $0.00 | $0.00 | $0.00 |
| | American Express | 7100-000 | $134,708.79 | $0.00 | $0.00 | $0.00 |
| | Amtrust North America | 7100-000 | $3,509.00 | $0.00 | $0.00 | $0.00 |
| | ARSI | 7100-000 | $18,670.00 | $0.00 | $0.00 | $0.00 |
| | AT&T | 7100-000 | $236.97 | $0.00 | $0.00 | $0.00 |
| | Behnam Tashakorian | 7100-000 | $10,750.00 | $0.00 | $0.00 | $0.00 |
| | Best Bread | 7100-000 | $51.50 | $0.00 | $0.00 | $0.00 |
| | Cafe Moto | 7100-000 | $3,497.08 | $0.00 | $0.00 | $0.00 |
| | Capital Services | 7100-000 | $120.00 | $0.00 | $0.00 | $0.00 |
| | Challenge Dairy | 7100-000 | $1,126.55 | $0.00 | $0.00 | $0.00 |
| | Code Red | 7100-000 | $353.00 | $0.00 | $0.00 | $0.00 |
| | Crest Beverage, LLC | 7100-000 | $1,710.50 | $0.00 | $0.00 | $0.00 |
| | Detergent Services | 7100-000 | $802.20 | $0.00 | $0.00 | $0.00 |
| | Didier Pellerud/Behnam Tashakorian | 7100-000 | $0.00 | $0.00 | $0.00 | $0.00 |
| | Direct TV | 7100-000 | $1,826.94 | $0.00 | $0.00 | $0.00 |

**UST Form 101-7-TDR (10/1/2010)**

|  | IPFS Corporation | 7100-000 | $1,483.17 | $0.00 | $0.00 | $0.00 |
|---|---|---|---|---|---|---|
|  | Lloyd Pest Control | 7100-000 | $82.00 | $0.00 | $0.00 | $0.00 |
|  | Nuco 2 | 7100-000 | $849.16 | $0.00 | $0.00 | $0.00 |
|  | Oved Haskal | 7100-000 | $965.82 | $0.00 | $0.00 | $0.00 |
|  | Pacific Coast Propane | 7100-000 | $622.27 | $0.00 | $0.00 | $0.00 |
|  | Protection One Alarm Monitoring | 7100-000 | $302.18 | $0.00 | $0.00 | $0.00 |
|  | Republic Services | 7100-000 | $333.30 | $0.00 | $0.00 | $0.00 |
|  | S.O.S. Commercial | 7100-000 | $2,095.00 | $0.00 | $0.00 | $0.00 |
|  | San Diego Farmers | 7100-000 | $7,203.82 | $0.00 | $0.00 | $0.00 |
|  | San Diego Gas & Electric | 7100-000 | $10,874.46 | $0.00 | $0.00 | $0.00 |
|  | Society Billiards | 7100-000 | $5,000.00 | $0.00 | $0.00 | $0.00 |
|  | SPE, Inc. | 7100-000 | $100.00 | $0.00 | $0.00 | $0.00 |
|  | Stone Brewing Company | 7100-000 | $178.65 | $0.00 | $0.00 | $0.00 |
|  | The French Gourmet | 7100-000 | $2,052.78 | $0.00 | $0.00 | $0.00 |
|  | Time Warner Cable | 7100-000 | $355.52 | $0.00 | $0.00 | $0.00 |
|  | Tomas Ordonez | 7100-000 | $0.00 | $0.00 | $0.00 | $0.00 |
|  | Weitzen, Phillips & Weinberg | 7100-000 | $2,000.00 | $0.00 | $0.00 | $0.00 |
|  | Young's Market Company | 7100-000 | $64.47 | $0.00 | $0.00 | $0.00 |
| **TOTAL GENERAL UNSECURED CLAIMS** | | | $234,013.84 | $1,437,082.19 | $1,437,082.19 | $0.00 |

FORM 1

**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**

**ASSET CASES**

Page No: 1    Exhibit 8

| Case No.: | 15-01355-MM7 | Trustee Name: | Leonard J. Ackerman |
|---|---|---|---|
| Case Name: | U.S. ENTERTAINMENT, LLC | Date Filed (f) or Converted (c): | 03/02/2015 (f) |
| For the Period Ending: | 1/6/2017 | §341(a) Meeting Date: | 04/08/2015 |
| | | Claims Bar Date: | 04/11/2016 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Value | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA =§ 554(a) abandon. | Sales/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |

| Ref. # | | | | | | |
|---|---|---|---|---|---|---|
| 1 | Leasehold at 909 Prospect St. #100 La Jolla, CA 92037 | $6,655,993.00 | $1,800,199.62 | | $0.00 | FA |
| 2 | Wells Fargo Bank | $150.00 | $150.00 | | $0.00 | FA |
| 3 | San Diego Gas & Electric | $17,000.00 | $17,000.00 | | $0.00 | FA |
| 4 | Liquor License | $180,000.00 | $180,000.00 | | $35,000.00 | FA |
| Asset Notes: | AUCTION OF LIQUOR AND LIQUOR LICENSE, SEE ECF DOCUMENTS #31 AND 123 | | | | | |
| 5 | 2011 Chevrolet Cargo Van (Lien of $11,650.00 on vehicle. Debt is owed by Oved Haskel) | $12,000.00 | $12,000.00 | | $0.00 | FA |
| 6 | Restaurant Equipment (including electronics, tables, chairs, security system, and kitchen) | $300,000.00 | $300,000.00 | OA | $0.00 | FA |
| 7 | Food & Alcohol | $1,000.00 | $250.00 | | $1,000.00 | FA |
| 8 | Vendor Refund (u) | $0.00 | $2,061.70 | | $2,061.70 | FA |

**TOTALS (Excluding unknown value)**

| | | | | **Gross Value of Remaining Assets** |
|---|---|---|---|---|
| $7,166,143.00 | $2,311,661.32 | | $38,061.70 | $0.00 |

**Major Activities affecting case closing:**

| | |
|---|---|
| 08/29/2016 | RECEIVED RESPONSE FROM ROBERTA- COUNSEL IS PREPARING FEE APPLICATION. ONCE WE HAVE COUNSEL'S NUMBERS CASE WILL BE READY FOR FINAL REPORTS |
| 08/26/2016 | EMAILED ROBERTA REQUESTING STATUS OF CASE |
| 07/26/2016 | Order entered re Notice of Abandonment |
| 06/27/2016 | Kirby & McGuinn filed Notice of Abandonment re files/records |
| 03/31/2016 | Updated Assets per abandonment |
| 03/30/2016 | Filed NOIA seeking permission to pay liquor license |
| 03/17/2016 | Contacted Counsel re renewal of liquor license. Need to file NOIA to obtain court permission to pay renewal fees as an administrative expense. Buyer may pay renewal fee, but we will apply to be safe. |
| 03/17/2016 | Examining the nature and extent of the claims that the estate may have against debtor's presumptive members. |
| 01/11/2016 | Filed NOIA re pay minimum tax |
| 11/02/2015 | REVIEWED ORDER RE TRUSTEES UNOPPOSED SECOND AMENDED AND SUPPLEMENETAL NOTICE OF PROPOSED AUCTION |
| 08/17/2015 | FILED ORDER TO EMPLOY DEAN JOHNSON |

**FORM 1**

**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**

**ASSET CASES**

Page No.: 2       Exhibit 8

| Case No.: | 15-01355-MM7 | Trustee Name: | Leonard J. Ackerman |
|---|---|---|---|
| Case Name: | U.S. ENTERTAINMENT, LLC | Date Filed (f) or Converted (c): | 03/02/2015 (f) |
| For the Period Ending: | 1/6/2017 | §341(a) Meeting Date: | 04/08/2015 |
| | | Claims Bar Date: | 04/11/2016 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| **Asset Description** (Scheduled and Unscheduled (u) Property) | **Petition/ Unscheduled Value** | **Estimated Net Value** (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | **Property Abandoned** OA =§ 554(a) abandon. | **Sales/Funds Received by the Estate** | **Asset Fully Administered (FA)/ Gross Value of Remaining Assets** |

08/07/2015    FILED APPLICATION & DECLARATION TO EMPLOY DEAN
&
SENT SOP TO UST

Initial Projected Date Of Final Report (TFR):   07/01/2017       Current Projected Date Of Final Report (TFR):        /s/ LEONARD J. ACKERMAN

                                                                                                                                                        LEONARD J. ACKERMAN

**FORM 2**
**CASH RECEIPTS AND DISBURSEMENTS RECORD**

| Case No.: | 15-01355-MM7 | Trustee Name: | Leonard J. Ackerman |
|---|---|---|---|
| Case Name: | U.S. ENTERTAINMENT, LLC | Bank Name: | Integrity Bank |
| Primary Taxpayer ID #: | **-***7101 | Checking Acct #: | ******1355 |
| Co-Debtor Taxpayer ID #: | | Account Title: | |
| For Period Beginning: | 3/2/2015 | Blanket bond (per case limit): | $6,500,000.00 |
| For Period Ending: | 1/6/2017 | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |
| 10/14/2015 | (8) | IPFS Corporation | VENDOR REFUND | 1229-000 | $2,061.70 | | $2,061.70 |
| 10/31/2015 | | Integrity Bank | Bank Service Fee | 2600-000 | | $1.71 | $2,059.99 |
| 11/30/2015 | | Integrity Bank | Bank Service Fee | 2600-000 | | $3.21 | $2,056.78 |
| 12/31/2015 | | Integrity Bank | Bank Service Fee | 2600-000 | | $3.31 | $2,053.47 |
| 01/31/2016 | | Integrity Bank | Bank Service Fee | 2600-000 | | $3.31 | $2,050.16 |
| 02/18/2016 | 1001 | Franchise Tax Board | Reference "12/2016 Form 100-ES CA# 8048810" | 2820-000 | | $800.00 | $1,250.16 |
| 02/29/2016 | | Integrity Bank | Bank Service Fee | 2600-000 | | $2.84 | $1,247.32 |
| 03/31/2016 | | Integrity Bank | Bank Service Fee | 2600-000 | | $2.01 | $1,245.31 |
| 04/18/2016 | 1002 | Department of Alcoholic Beverage Control | Renewal of Liquor License No. 487206 | 2990-000 | | $876.00 | $369.31 |
| 04/30/2016 | | Integrity Bank | Bank Service Fee | 2600-000 | | $1.94 | $367.37 |
| 05/31/2016 | | Integrity Bank | Bank Service Fee | 2600-000 | | $2.00 | $365.37 |
| 06/30/2016 | | Integrity Bank | Bank Service Fee | 2600-000 | | $1.93 | $363.44 |
| 07/05/2016 | | FISCHER AUCTION COMPANY, INC. | AUCTION OF LIQUOR AND LIQUOR LICENSE, SEE ECF DOCUMENTS #31 AND 123 | * | $19,483.09 | | $19,846.53 |
| | {4} | | AUCTION OF LIQUOR AND LIQUOR LICENSE, SEE ECF DOCUMENTS #31 AND 123    $35,000.00 | 1129-000 | | | $19,846.53 |
| | | | AUCTIONEER'S COMMISSION ON AUCTION OF LIQUOR AND LIQUOR LICENSE, SEE ECF DOCUMENTS #31 AND 123.    $(100.00) | 3610-000 | | | $19,846.53 |
| | | | AUCTION OF LIQUOR AND LIQUOR LICENSE, SEE ECF DOCUMENTS #31 AND 123. PLEASE ALSO SEE ECF DOCUMENT #84 AUTHORIZING PAYMENT TO EDD AND TAXING AUTHORITIES TO COMPLETE SALE.    $(16,416.91) | 3620-000 | | | $19,846.53 |
| | | | **SUBTOTALS** | | $21,544.79 | $1,698.26 | |

**FORM 2**
**CASH RECEIPTS AND DISBURSEMENTS RECORD**

| Case No.: | 15-01355-MM7 | Trustee Name: | Leonard J. Ackerman |
|---|---|---|---|
| Case Name: | U.S. ENTERTAINMENT, LLC | Bank Name: | Integrity Bank |
| Primary Taxpayer ID #: | **-***7101 | Checking Acct #: | ******1355 |
| Co-Debtor Taxpayer ID #: | | Account Title: | |
| For Period Beginning: | 3/2/2015 | Blanket bond (per case limit): | $6,500,000.00 |
| For Period Ending: | 1/6/2017 | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |
| | {7} | | AUCTION OF LIQUOR. SEE ECF DOCUMENTS #31 AND 123. $1,000 GROSS, $250 NET TO THE ESTATE FOR THE FOOD & ALCOHOL SOLD AS PART OF SAME AUCTION AS LIQUOR LICENSE.   $1,000.00 | 1129-000 | | | $19,846.53 |
| 07/31/2016 | | Integrity Bank | Bank Service Fee | 2600-000 | | $28.35 | $19,818.18 |
| 08/04/2016 | 1002 | VOID: Department of Alcoholic Beverage Control | THIS AMOUNT HAD ALREADY BEEN PREVIOUSLY PAID BY THE BUYER OF THE LIQUOR LICENSE. | 2990-003 | | ($876.00) | $20,694.18 |
| 08/31/2016 | | Integrity Bank | Bank Service Fee | 2600-000 | | $33.38 | $20,660.80 |
| 12/13/2016 | 1003 | R. Dean Johnson | 1ST INSTALLMENT Account Number: ; Amount Allowed: 325.50; Claim #: ; | 3420-000 | | $61.32 | $20,599.48 |
| 12/13/2016 | 1004 | R. Dean Johnson | 1ST INSTALLMENT Account Number: ; Amount Allowed: 2,932.00; Claim #: ; | 3410-000 | | $552.40 | $20,047.08 |
| 12/13/2016 | 1005 | Sunset Lending Management, LLC | 1ST INSTALLMENT Account Number: ; Amount Allowed: 42,980.60; Claim #: 2; | 2410-000 | | $8,097.64 | $11,949.44 |
| 12/13/2016 | 1006 | Kirby & McGuinn, A.P.C. | 1ST INSTALLMENT Account Number: ; Amount Allowed: 4,119.07; Claim #: ; | 3220-000 | | $776.04 | $11,173.40 |
| 12/13/2016 | 1007 | Leonard J. Ackerman | Trustee Compensation | 2100-000 | | $858.40 | $10,315.00 |
| 12/13/2016 | 1008 | Leonard J. Ackerman | Trustee Expenses | 2200-000 | | $26.55 | $10,288.45 |
| 12/13/2016 | 1009 | Kirby & McGuinn, A.P.C. | 1ST INSTALLMENT Account Number: ; Amount Allowed: 54,609.00; Claim #: ; | 3210-000 | | $10,288.45 | $0.00 |
| | | | **TOTALS:** | | $21,544.79 | $21,544.79 | $0.00 |
| | | | Less: Bank transfers/CDs | | $0.00 | $0.00 | |
| | | | Subtotal | | $21,544.79 | $21,544.79 | |
| | | | Less: Payments to debtors | | $0.00 | $0.00 | |
| | | | Net | | $21,544.79 | $21,544.79 | |

| For the period of 3/2/2015 to 1/6/2017 | | For the entire history of the account between 10/14/2015 to 1/6/2017 | |
|---|---|---|---|
| Total Compensable Receipts: | $38,061.70 | Total Compensable Receipts: | $38,061.70 |
| Total Non-Compensable Receipts: | $0.00 | Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $38,061.70 | Total Comp/Non Comp Receipts: | $38,061.70 |
| Total Internal/Transfer Receipts: | $0.00 | Total Internal/Transfer Receipts: | $0.00 |
| | | | |
| Total Compensable Disbursements: | $38,061.70 | Total Compensable Disbursements: | $38,061.70 |
| Total Non-Compensable Disbursements: | $0.00 | Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $38,061.70 | Total Comp/Non Comp Disbursements: | $38,061.70 |
| Total Internal/Transfer Disbursements: | $0.00 | Total Internal/Transfer Disbursements: | $0.00 |

**FORM 2**
**CASH RECEIPTS AND DISBURSEMENTS RECORD**

| Case No.: | 15-01355-MM7 | Trustee Name: | Leonard J. Ackerman |
|---|---|---|---|
| Case Name: | U.S. ENTERTAINMENT, LLC | Bank Name: | Integrity Bank |
| Primary Taxpayer ID #: | **-***7101 | Checking Acct #: | ******1355 |
| Co-Debtor Taxpayer ID #: | | Account Title: | |
| For Period Beginning: | 3/2/2015 | Blanket bond (per case limit): | $6,500,000.00 |
| For Period Ending: | 1/6/2017 | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |

| | TOTAL - ALL ACCOUNTS | NET DEPOSITS | NET DISBURSE | ACCOUNT BALANCES |
|---|---|---|---|---|
| | | $21,544.79 | $21,544.79 | $0.00 |

| For the period of 3/2/2015 to 1/6/2017 | | For the entire history of the case between 03/02/2015 to 1/6/2017 | |
|---|---|---|---|
| Total Compensable Receipts: | $38,061.70 | Total Compensable Receipts: | $38,061.70 |
| Total Non-Compensable Receipts: | $0.00 | Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $38,061.70 | Total Comp/Non Comp Receipts: | $38,061.70 |
| Total Internal/Transfer Receipts: | $0.00 | Total Internal/Transfer Receipts: | $0.00 |
| Total Compensable Disbursements: | $38,061.70 | Total Compensable Disbursements: | $38,061.70 |
| Total Non-Compensable Disbursements: | $0.00 | Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $38,061.70 | Total Comp/Non Comp Disbursements: | $38,061.70 |
| Total Internal/Transfer Disbursements: | $0.00 | Total Internal/Transfer Disbursements: | $0.00 |

/s/ LEONARD J. ACKERMAN

LEONARD J. ACKERMAN